5442-250
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TERRANCE E. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:18-cv-02268-SEM-EIL |
| | ) |
| THE BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS as a Board and as | ) |
| each individual Trustee; and | ) |
| MICHAEL JAMISON and MICHAEL WASSOM, | ) |
| individually and in their official capacities, | ) |
| | ) |
| Defendants. | |

## NOTICE OF SETTLEMENT-IN-PRINCIPLE

## AND STIPULATION TO STAY ALL FUTURE DEADLINES

NOW COME the parties, through their undersigned counsel, who jointly state as follows:

1. The undersigned parties have reached a settlement-in-principle in the above-captioned case. The parties are diligently working to execute the necessary steps to finalize this settlement.

2. In light of the parties' pending settlement, the parties respectfully request that this Court stay all future deadlines in this action so the parties may finalize drafting the necessary settlement agreements, obtain necessary signatures, and take what other steps are administratively necessary to finalize their settlement agreement.

WHEREFORE, the parties in this matter respectfully request that this Court stay all deadlines pending final settlement and resolution of this matter, and such further relief as this Court deems warranted and just.

| | |
|---|---|
| TERRANCE E. SMITH,<br>Plaintiff | THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, MICHAEL WASSOM, and MICHAEL JAMISON,<br>Defendants |
| BY: /s/Jay L. Cohen<br>Jay L. Cohen<br>James Kelly Law Firm<br>7817 N. Knoxville Avenue<br>Peoria, IL 61614 | BY: /s/Bryan J. Vayr<br>Bryan J. Vayr, ARDC #: 6327729<br>HEYL, ROYSTER, VOELKER & ALLEN<br>Suite 505, 301 N. Neil Street<br>Champaign, IL 61820<br>Telephone  217.344.0060<br>Email:  bvayr@heylroyster.com |

Prepared by:
Bryan J. Vayr
HEYL, ROYSTER, VOELKER & ALLEN
Suite 505, 301 N. Neil Street
Champaign, IL 61820
Telephone  217.344.0060
Email:  bvayr@heylroyster.com